UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SCOTT SILBERLIGHT, et al.,

                   Plaintiffs,           Case No. 12CV7133(AKH)

  -against-                               NOTICE OF MOTION
                                            FOR PERMISSION TO WITHDRAW
                                            AS COUNSEL

PARADOX VENTURES, LLC, et al.,

                   Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed affirmation of SAMUEL B. COHEN, duly sworn to on May 2, 2013 and all pleadings and exhibits annexed thereto, Counsel for Defendants Paradox Ventures LLC and Michele Colombo will move this Court at the United States Courthouse for the Southern District, located at 500 Pearl Street, New York, New York, before the Honorable Judge Alvin K. Hellerstein, at a time and date to be determined by the Court, for an Order granting leave of this Court pursuant to Local Civil Rule 1.4, to withdraw as counsel for Defendants Paradox Ventures LLC and Michele Colombo, a motion to which Plaintiffs have no opposition.

Dated: New York, New York
       May 2, 2013

                                                    Respectfully submitted,

                                                   By: _____
                                                   Samuel B. Cohen (SC 0622)
                                                   Stecklow Cohen & Thompson
                                                   *Counsel for Defendants*
                                                   *Paradox Ventures LLC & Michele Colombo*
                                                   10 Spring Street Suite 1
                                                   New York, New York 10012
                                                   t: 212.566.8000