UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SCOTT SILBERLIGHT, et al.,

                Plaintiffs,          Case No. 12CV7133(AKH)

                -against-           **AFFIDAVIT OF MAIL SERVICE**

PARADOX VENTURES, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK   )
COUNTY OF NEW YORK  )

      Isaac Myers, being duly sworn, says:

      I am not a party to the action; I reside in Brooklyn, NY and I am over 18 years of age.

      On May 2, 2013 I served the within **NOTICE OF MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL, AFFIRMATION IN SUPPORT OF MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL, AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL** by depositing a true copy thereof, via Fedex, within New York State, addressed to the following at the last known address set forth below:

Paradox Ventures LLC
Michele Colombo and Michael Spalding
330 West Broadway
New York, NY 10013

Sworn to before me
On May 2, 2013

                                                                Isaac Myers

NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536  Kings
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 07/02/2012
10/15/2013